IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL FRAIRE AND
LUIS MURO-MUNOZ,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the motions to continue status conference because of scheduling conflicts filed by counsel for defendants Ariel Fraire (doc. no. 180) and Luis Muro-Munoz (doc. no. 185).  This concerns status conference set by Chief Judge Edward W. Nottingham to address scheduling matters concerning wire tap issues related to this and other cases.  In accordance with the special assignment to Chief Judge Nottingham, I refer these motions to him for decision.

    DATED at Denver, Colorado, on June 13, 2007.

                                                      BY THE COURT:

                                                      s/ Walker D. Miller
                                                      United States District Judge