IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer<br>Court Reporter: Suzanne Claar<br>Probation Officer: Jan Woll | Date: May 14, 2009 |

**Criminal Action No. 07-cr-00188-WDM-6**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| vs. | |
| 6.  ARIEL FRAIRE,<br>*a/k/a Captain* | Stanley Marks |
| Defendant. | |

**COURTROOM MINUTES - SENTENCING HEARING**

**10:16 a.m.   Court in session.**

The Defendant is present in court, in custody.

Appearances of counsel.

Defendant entered his plea on to count nine (9) of the Second Superseding Indictment.

Statement to the Court by Ms. Ray,  for the Defendant.

Statement to the Court by the Defendant.

Statement to the Court by Ms. Covell,  for the Government.

**ORDERED:**  That the Government's Motion for Downward Departure Pursuant to 5K1.1 *Bases on Substantial Assistance* [#956] is **granted**.

**ORDERED:**  That the Government's Motion to Dismiss *Remaining Counts of the Second*

*Superseding Indictment* [#982] filed May 13, 2009, is **granted.**

**ORDERED:** That the statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** That the Defendant's plea of guilty to count nine (9) of the Second Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 210 to 262 months | 210 months (absent the anticipated motion for downward departure) |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | not eligible | Probation is not recommended |
| **Fine** | $25,000 to $4,000,000 | A fine is not recommended |
| **Special Assessment** | $100.00 | $100.00 |
| **Restitution** | Not recommended | A fine is not recommended |

**ORDERED: Pursuant to the Sentencing Reform Act it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons for a term of one hundred twenty-six (126) months.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release for a period of five (5) years.**

**ORDERED: Conditions of Supervised Release that:**

 (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
 (X) Defendant shall not commit another federal, state or local crime.
 (X) Defendant shall not illegally possess controlled substances.
 (X) Defendant shall not possess a firearm or destructive device.
 (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission..
 (X) That the defendant shall submit to one drug test within fifteen (15) days from his release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;
 (X) Defendant shall cooperate in the collection of his DNA as directed by the probation officer.

**ORDERED:** **Special Condition of Supervised Release that**:

 (X) That the defendant shall, at his own expense, unless then indigent, shall undergo an alcohol and substance abuse evaluation, and thereafter and again at his own expense and directed by his probation officer, shall receive any treatment, therapy, counseling, testing or education prescribed by the evaluations or as directed by his probation officer or as ordered by the court; the Court authorizes the release to all treatment agencies, of all reports, including the presentence investigation report for the continuity of treatment

 (X) That if defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return. That if the defendant is removed and then granted permission to lawfully return to this country, defendant shall report to the nearest United States Probation Department within 72 hours of defendant's lawful return to this country;

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:36 a.m.** **Court in recess.**
Total in-court time:   00:20 minutes
Hearing concluded.